```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03920
  GINA M CARR
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR

        Debtor
  SSN XXX-XX-6749


---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/21/08 .

   2.  The case was dismissed without confirmation, 05/16/2008.

---------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------

      Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED        OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00          .00          .00
PRINCIPAL PAID          .00        .00         .00          .00          .00
INTEREST PAID           .00        .00         .00          .00          .00
TOTAL PAID              .00        .00         .00          .00          .00
The Debtor's attorney, PRO SE DEBTOR               , was allowed $        .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .




    Dated: 08/20/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 08 B 03920 GINA M CARR